**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00347-CV**

_____

**IASIS HEALTHCARE CORPORATION D/B/A
MEDICAL CENTER OF SOUTHEAST TEXAS, Appellant**

**V.**

**PATRICIA GRINOLDS, AS PARENT
AND NATURAL GUARDIAN OF M.W., A MINOR, Appellee**

_____

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-200054**

_____

**MEMORANDUM OPINION**

IASIS Healthcare Corporation d/b/a Medical Center of Southeast Texas, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 31, 2023
Opinion Delivered June 1, 2023
Before Golemon, C.J., Horton and Wright, JJ.

1